IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 04-1159-PHX-MHM |
| ) | CV 05-1097-PHX-MHM |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Enrique Luna Herrera, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Plaintiff has filed a pro se Motion to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Dkt. #31). The matter was referred to United States Magistrate Judge Bernardo P. Velasco who has issued a Report and Recommendation that recommends that the Court enter an Order dismissing Plaintiff's Motion (Dkt. #43). Plaintiff has not filed written objections to the Report and Recommendation.

**STANDARD OF REVIEW**

The Court must review the legal analysis in the Report and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C). The Court must review the factual analysis in the Report and Recommendation de novo for those facts to which objections are filed. "Failure to object to a magistrate judge's recommendation waives all objections to the judge's findings of fact." Jones v. Wood, 207 F.3d 557, 562 n.2 (9th Cir. 2000).

1

**DISCUSSION**

2    Plaintiff asserts that he was denied effective assistance of counsel because he was
3 sentenced to more time than should have received. The Magistrate Judge has recommended
4 that the Motion be denied because Plaintiff has not met the standard required under
5 Strickland v. Washington, 466 U.S. 668 (1984) to show ineffective assistance of counsel.

6    The Strickland test requires Plaintiff to show a deficient performance by his counsel
7 and that prejudice resulted from that deficient performance. To show prejudice, Plaintiff
8 would need to demonstrate a reasonable probability that but for his counsel's deficient
9 performance, the outcome of the proceedings would have been different. Strickland, 466
10 U.S. at 694. As the Magistrate Judge discussed in the Report and Recommendation, Plaintiff
11 has not met this test because Plaintiff failed to demonstrate either the first or the second
12 prong of the Strickland test.

13    **Accordingly**,

14    **IT IS ORDERED** adopting the Magistrate Judge's Report and Recommendation (Dkt.
15 #43) in its entirety.

16    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Vacate, Set Aside, or Correct
17 Sentence By a Person in Federal Custody (Dkt. #31) is denied.

18    DATED this 9th day of January, 2007.

_____
Mary H. Murguia
United States District Judge